THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Michael Alexander P., and Child: Amber Nicole B. a/k/a Michelle P., DOB: 10/02/00, Defendants, of whom Michael Alexander P.[1] is Appellant.
 
 
 

Appeal From York County
 Robert E. Guess, Family Court Judge

Unpublished Opinion No. 2007-UP-115
Submitted March 1, 2007  Filed March 7, 2007   

AFFIRMED

 
 
 
Earl R. Gatlin, of Rock Hill, for Appellant.
David E. Simpson, of York, for Respondent.
Forrest Craig Wilkerson, Jr., of Rock Hill, for Guardian Ad Litem.
 
 
 

PER CURIAM:  Michael Alexander P. (Father) appeals the family courts order terminating his parental rights to his minor child.  The family court found his parental rights should be terminated on four grounds:  1) failure to remedy conditions which caused the removal of the child or to rehabilitate; 2) willful failure to support; 3) diagnosable condition of impulse control that is unlikely to change within a reasonable time; and 4) the childs presence in DSS custody for fifteen of twenty-two months.  Additionally, the court found termination was in the best interest of the child.  After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we affirm the family courts ruling and grant counsels petition to be relieved.
AFFIRMED.[2]
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1]  In order to protect the identities of the parties, we refer to them only by their first names and the last initial.
[2]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.